DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH BROOKINS, SR.,**
Appellant,

v.

**LINDA BROOKINS,**
Appellee.

No. 4D18-3486

[June 5, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Senior Judge; L.T. Case No. FMCE 14-1258 (35).

Andrew H. Rappeport of Andrew H. Rappeport, P.A., Bay Harbor Islands, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.  See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***